IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McElroy, Phyllis

Printed: 8/19/08

Case Number: 08 B 00195
Judge: Wedoff, Eugene R
Filed: 1/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,650.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,650.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 7. | American General Finance | Secured | 1,918.00 | 0.00 |
| 8. | Bank Of New York | Secured | 15,654.22 | 0.00 |
| 9. | Chase Home Finance | Secured | 44,272.60 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 7.38 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 506.85 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 2,132.64 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 67.68 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 3,335.96 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 277.50 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 914.61 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 340.87 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 367.73 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 433.67 | 0.00 |
| 20. | Cook County Treasurer | Secured |  | No Claim Filed |
| 21. | American General Finance | Secured |  | No Claim Filed |
| 22. | Bank Of America | Unsecured |  | No Claim Filed |
| 23. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 24. | American General Finance | Unsecured |  | No Claim Filed |
| 25. | Sears / Citibank SD | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McElroy, Phyllis

Printed:  8/19/08

Case Number:  08 B 00195
Judge:  Wedoff, Eugene R
Filed:  1/7/08

_____     _____
$ 70,229.71           $ 0.00

TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____